

# Fourth Court of Appeals
## San Antonio, Texas

March 17, 2014

No. 04-13-00910-CV

**IN THE INTEREST OF B.S. II,**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-03051
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellee's motion for extension of time to file its brief is **granted**. We order appellee's brief due **April 1, 2014**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court